Yana A. Hart, Esq. (SBN: 306499)
yana@kazlg.com
**KAZEROUNI LAW GROUP, APC**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
David Weisberg

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| David Weisberg, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> Business Capital Consultants Corp., <br><br> Defendant. | CASE NO.: 2:20-CV-02742-TJH-AS <br><br> **CLASS ACTION** <br><br> **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(A)** |

//
//
//
//
//

Plaintiff David Weisberg ("Plaintiff") hereby moves to dismiss this action without prejudice as to the named Plaintiff and without prejudice as to the putative class pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Therefore, the Court may proceed to dismiss the above captioned action without prejudice and without an Order of the Court.

Dated: June 11, 2020                    **KAZEROUNI LAW GROUP, APC**

                                        By: s/ Yana A. Hart
                                            Yana A. Hart, Esq.
                                            *Attorneys for Plaintiff*